**CITY OF KANSAS CITY, Missouri, Respondent,**

v.

**John NEWMAN, Appellant.**

**No. WD 42642.**

Missouri Court of Appeals, Western District.

Oct. 16, 1990.

Motion for Rehearing and/or Transfer to Supreme Court Denied Dec. 4, 1990.

Application to Transfer Denied Jan. 9, 1991.

Robert G. Duncan, Kansas City, for appellant.

Judy Gibbs, Asst. City Prosecutor, Kansas City, for respondent.

Before LOWENSTEIN, P.J., and FENNER and ULRICH, JJ.

ORDER

PER CURIAM:

Appeal from conviction Kansas City Ordinance violation. Appellant raises two points on appeal: (1) sufficiency of the evidence, and (2) the trial court committed plain error in refusing to allow the appellant and his counsel an opportunity to confer for a moment before proceeding with the defense.

Judgment affirmed. Rule 84.16(b).